# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE REPUBLICAN NATIONAL COMMITTEE AND THE REPUBLICAN PARTY OF PENNSYLVANIA,

        Petitioners

        v.

ALL 67 COUNTY BOARDS OF ELECTIONS (ADAMS COUNTY BOARD OF ELECTIONS; ALLEGHENY COUNTY BOARD OF ELECTIONS; ARMSTRONG COUNTY BOARD OF ELECTIONS; BEAVER COUNTY BOARD OF ELECTIONS; BEDFORD COUNTY BOARD OF ELECTIONS; BERKS COUNTY BOARD OF ELECTIONS; BLAIR COUNTY BOARD OF ELECTIONS; BRADFORD COUNTY BOARD OF ELECTIONS; BUCKS COUNTY BOARD OF ELECTIONS; BUTLER COUNTY BOARD OF ELECTIONS; CAMBRIA COUNTY BOARD OF ELECTIONS; CAMERON COUNTY BOARD OF ELECTIONS; CARBON COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; CLARION COUNTY BOARD OF ELECTIONS; CLEARFIELD COUNTY BOARD OF ELECTIONS; CLINTON COUNTY BOARD OF ELECTIONS; COLUMBIA COUNTY BOARD OF ELECTIONS; CRAWFORD COUNTY BOARD OF ELECTIONS; CUMBERLAND COUNTY BOARD OF ELECTIONS; DAUPHIN COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARD OF ELECTIONS; ELK COUNTY BOARD OF ELECTIONS; ERIE COUNTY

No. 136 MM 2024

BOARD OF ELECTIONS; FAYETTE : 
COUNTY BOARD OF ELECTIONS; : 
FOREST COUNTY BOARD OF : 
ELECTIONS; FRANKLIN COUNTY BOARD : 
OF ELECTIONS; FULTON COUNTY : 
BOARD OF ELECTIONS; GREENE : 
COUNTY BOARD OF ELECTIONS; : 
HUNTINGDON COUNTY BOARD OF : 
ELECTIONS; INDIANA COUNTY BOARD : 
OF ELECTIONS; JEFFERSON COUNTY : 
BOARD OF ELECTIONS; JUNIATA : 
COUNTY BOARD OF ELECTIONS; : 
LACKAWANNA COUNTY BOARD OF : 
ELECTIONS; LANCASTER COUNTY : 
BOARD OF ELECTIONS; LAWRENCE : 
COUNTY BOARD OF ELECTIONS; : 
LEBANON COUNTY BOARD OF : 
ELECTIONS; LEHIGH COUNTY BOARD OF : 
ELECTIONS; LUZERNE COUNTY BOARD : 
OF ELECTIONS; LYCOMING COUNTY : 
BOARD OF ELECTIONS; MCKEAN : 
COUNTY BOARD OF ELECTIONS; : 
MERCER COUNTY BOARD OF : 
ELECTIONS; MIFFLIN COUNTY BOARD : 
OF ELECTIONS; MONROE COUNTY : 
BOARD OF ELECTIONS; MONTGOMERY : 
COUNTY BOARD OF ELECTIONS; : 
MONTOUR COUNTY BOARD OF : 
ELECTIONS; NORTHAMPTON COUNTY : 
BOARD OF ELECTIONS; : 
NORTHUMBERLAND COUNTY BOARD OF : 
ELECTIONS; PERRY COUNTY BOARD OF : 
ELECTIONS; PHILADELPHIA COUNTY : 
BOARD OF ELECTIONS; PIKE COUNTY : 
BOARD OF ELECTIONS; POTTER : 
COUNTY BOARD OF ELECTIONS; : 
SCHUYLKILL COUNTY BOARD OF : 
ELECTIONS; SNYDER COUNTY BOARD : 
OF ELECTIONS; SOMERSET COUNTY : 
BOARD OF ELECTIONS; SULLIVAN : 
COUNTY BOARD OF ELECTIONS; : 
SUSQUEHANNA COUNTY BOARD OF : 
ELECTIONS; TIOGA COUNTY BOARD OF : 
ELECTIONS; UNION COUNTY BOARD OF : 
ELECTIONS; VENANGO COUNTY BOARD : 
OF ELECTIONS; WARREN COUNTY :

BOARD OF ELECTIONS; WASHINGTON : 
COUNTY BOARD OF ELECTIONS; WAYNE : 
COUNTY BOARD OF ELECTIONS; : 
WESTMORELAND COUNTY BOARD OF : 
ELECTIONS; WYOMING COUNTY BOARD : 
OF ELECTIONS; AND YORK COUNTY : 
BOARD OF ELECTIONS), : 
: 
                 Respondents : 

## CONCURRING STATEMENT

**JUSTICE WECHT**                              **FILED:  November 18, 2024**

I join the *per curiam* Order of this Court.  I also join Justice Brobson's Concurring Statement.  It is critical to the rule of law that individual counties and municipalities and their elected and appointed officials, like any other parties, obey orders of this Court.  As Justice Felix Frankfurter once wrote: "If one man can be allowed to determine for himself what is law, every man can.  That means first chaos, then tyranny. . . .  The greater the power that defies law the less tolerant can this Court be of defiance."[1]

Justice Mundy joins this concurring statement.

---

[1]    *United States v. United Mine Workers of Am.,* 330 U.S. 258, 312 (1947) (Frankfurter, J., concurring).  *See also Cty. of Fulton v. Sec. of the Commonwealth*, 292 A.3d 974, 1020 (Pa. 2023) ("When an individual or a private or public entity deliberately violates a court order, such violation constitutes a clear and present danger to the effective function of the judiciary, the orderly administration of justice, and the rule of law. When such a violation passes without consequences equal to its gravity, we can anticipate violations of increasing frequency.").